IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:12-CR-019 |
| | ) | |
| JAMES ROBERT BRICKNER | ) | |

**O R D E R**

On September 13, 2012, the court imposed a term of imprisonment of 151 months, taking into account the defendant's substantial assistance. Now before the court is the motion of the United States, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, for reduction of sentence due to the defendant's further substantial assistance [doc. 169]. The defendant has responded to the motion, arguing for a greater reduction than what is recommended by the government.[1]

The court has evaluated the arguments presented by the parties in their sealed filings. The court has also considered all of the factors set forth in section 5K1.1(a) of the United States Sentencing Commission Guidelines Manual, most particularly the significance and usefulness of the defendant's assistance, the nature and extent of that assistance, the truthfulness, completeness, and reliability of the assistance, and the government's evaluation. Having considered all those factors, the court concludes that the government's

---

[1] All filings pertaining to the instant motion have been made under seal.

recommendation of a further one-level reduction is appropriate and is consistent with the substantial assistance reductions awarded by this court in similar circumstances.

For these reasons, the government's motion [doc. 169] is **GRANTED**. The defendant's sentence of imprisonment is **REDUCED** to **136 months**.[2] Except as provided above, all provisions of the judgment dated September 24, 2012, shall remain in effect.

ENTER:

       s/ Leon Jordan
United States District Judge

---

[2] The government's motion erroneously recommends a one-level "reduction" to a range of 168 to 210 months. That range is based on the government's original sentencing position, rather than the sentence actually imposed by the court, and would result in an increase - rather than a reduction - of the term of imprisonment.