IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:12-CR-019 |
| ) | |
| CHELSEA SHAWNTEL MEIGS ) | |

**O R D E R**

On August 16, 2012, the court imposed a term of imprisonment of 88 months, taking into account the defendant's substantial assistance. Now before the court is the motion of the United States, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, for reduction of sentence due to the defendant's further substantial assistance [doc. 171].[1] The defense has not filed a response.

The court has carefully reviewed the government's motion, taking into account all of the factors set forth in section 5K1.1(a) of the United States Sentencing Commission Guidelines Manual. Most particularly, the court has considered the significance and usefulness of the defendant's assistance, the nature and extent of that assistance, the truthfulness, completeness, and reliability of the assistance, and the government's evaluation. Having considered all those factors, the court concludes that the government's recommendation of a further one-level reduction is appropriate and is consistent with the substantial assistance reductions awarded by this court in similar circumstances.

---

[1] All filings pertaining to the instant motion have been made under seal.

For these reasons, the government's motion [doc. 171] is **GRANTED**. The defendant's sentence of imprisonment is **REDUCED** to **79 months**. Except as provided above, all provisions of the judgment dated August 20, 2012, shall remain in effect.

ENTER:

       s/ Leon Jordan
United States District Judge